UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 7:10-02-KKC** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **JAMES M. PERRY,** | |
| **Defendant.** | |

This matter is before the Court on a recommended disposition in which the magistrate judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 292). No party has filed objections to the recommendation. Defendant's counsel has filed a "waiver of allocution" stating that defendant waives his right to appear before the district judge at a sentencing hearing to make a statement and present mitigating information. Defendant's counsel further states that he has sent a written waiver to the defendant for signature, but the defendant has not returned the written waiver to him. Counsel states he will supplement the record with a waiver signed by the defendant.

Accordingly, the Court hereby ORDERS that the recommended disposition (DE 292) is ADOPTED as the Court's opinion. The Court further orders that this matter is set for a sentencing hearing on **June 12, 2020 at 12:00 p.m.** in Pikeville, Kentucky. If the defendant files a signed waiver of allocution in the record before that date, the Court will cancel the hearing date and promptly enter a judgment consistent with the magistrate judge's recommendation.

Dated April 29, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY